UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.   22-77 |
| v. | * | SECTION:   "L" |
| DARRELL MARTINEZ | * | |

\* \* \*

## FACTUAL BASIS

The above-named defendant, DARRELL MARTINEZ ("MARTINEZ"), has agreed to plead guilty to Counts 1 and 2 of the Superseding Bill of Information in the above captioned case. Should this matter have proceeded to trial, the United States would prove beyond a reasonable doubt, through credible testimony, seizures of drugs, phone calls (SMS Messages), financial and travel records, and other reliable evidence, the following facts. Unless stated otherwise, these acts occurred in the Eastern District of Louisiana.

At a time unknown, but beginning as early as January 2021, MARTINEZ conspired with Carl Allison, Lindomar De La Rosa, Lenord Cooper, Hennessy Devon Cooper, Rudy Jackson Hernandez, Olvin Javier Velasquez-Maldonado, and others known and unknown, to bring aliens to the United States, specifically migrants from Honduras, at a place other than a designated port of entry or place otherwise designated by the Commissioner knowing that the aliens had not received prior official authorization to come to, enter, or reside in the United States, for the purpose of commercial advantage or private financial gain and to bring cocaine hydrochloride ("cocaine") from Honduras into the United States in order to distribute it.

AUSA _____
Defendant _____
Defense Counsel _____

### Overview

Carl Allison is an owner of Dynamic Capacity Group ("DCG"), a Pittsburgh, Pennsylvania based corporation that primarily supplies laborers from Latin America for work in the United States. Allison, an American citizen living in Pittsburgh, is the company's President and Managing Partner. Lindomar De La Rosa is the company's Director of Sales and Recruiting. De La Rosa resides in Atlanta, Georgia. He is a lawful permanent resident of the United States and a citizen of the Dominican Republic.

Many of the laborers that DCG placed in factories and other businesses since January 2021 were brought into the United States without prior official authorization to come to, enter, reside, or work in the United States. During these three years, Allison, De La Rosa, Villeda, MARTINEZ, Lenord Cooper, Hennessy Devon Cooper, Hernandez and Velasquez-Maldonado conspired to use vessels, including the M/V Pop and the Masita II, to smuggle migrants from Honduras to the United States for fees of up to $20,000 per person. DCG placed those migrants in jobs in the United States. Allison, De La Rosa, and others directed numerous voyages from Honduras to the United States since January 2021. On these trips, Allison, De La Rosa, Villeda, MARTINEZ, Lenord Cooper, Hennessy Devon Cooper, Hernandez, and Velasquez-Maldonado and others brought at least fifteen migrants per boat into the United States.

On the February 2022 voyage, Allison, De La Rosa, Villeda, MARTINEZ, Lenord Cooper, Hennessy Devon Cooper, Hernandez, Velasquez-Maldonado, and others, transported approximately 23 Honduran migrants and multiple kilograms of cocaine from Honduras to the United States aboard the M/V Pop, a vessel owned by Allison.

De La Rosa is Allison's chief lieutenant in this migrant and cocaine smuggling organization. Villeda is De La Rosa's chief lieutenant at DCG and assisted De La Rosa and Allison

2

AUSA _____
Defendant _____
Defense Counsel _____

with bringing migrants and cocaine into the United States. Villeda was responsible for recruiting migrants from Honduras and collecting payments, from the migrants and/or their families, who were smuggled into the United States on these trips. Villeda travelled to Missouri and Maryland to collect cash from the migrants' families. In some instances, the migrants would deposit money into bank accounts held by Juan Gutierrez, a Honduran national who is associated with DCG controlled entities, at the Banco de America Central Hondurans (BAC) of Honduras. Villeda is a citizen of Honduras and lives in a rental home in Atlanta, Georgia, owned by De La Rosa. Villeda does not have legal immigration status and/or permission to work in the United States.

Allison is an owner of the M/V Pop, a 65-foot yacht. Allison and Derek A. Lambert purchased it from an individual in New York. Allison and Lambert purchased the yacht for purposes of furthering the human smuggling conspiracy. MARTINEZ, a Honduran National, served as the captain of the M/V Pop. He sailed it from New York to Honduras in the summer of 2021. The M/V Pop left Utila, Honduras, on or about February 8, 2022, for Cocodrie, Louisiana. MARTINEZ had previously captained other boats that Allison, De La Rosa, and other members of this conspiracy used to bring aliens to the United States. Most the crew members on the February 2022 trip had sailed together on prior voyages bringing aliens to the United States.

<u>The crew wanted more money because of cocaine on board the M/V Pop</u>

Prior to the February 2022 journey on the M/V Pop, a meeting was held at Rudy Hernandez's house in Utila, Honduras. Present at this meeting were Omar De La Rosa, MARTINEZ, Lenord Cooper, Hennessey Cooper as well as Rudy Hernandez. Because of the risks associated with illegally transporting the 24 kilograms of cocaine, the crew of the M/V Pop, Hennessy Devon Cooper, Lenord Cooper and Rudy Hernandez, wanted to be paid more

3

AUSA _____
Defendant _____
Defense Counsel _____

money.    Hennessy Devon Cooper, Lenord Cooper, and Rudy Hernandez wanted an increase from the $300 per day they were being paid. Allison and De La Rosa declined, but ultimately agreed to pay the crew members more upon the completion of the journey. Airline records confirm De La Rosa was in Honduras prior to the journey in February 2022.

<u>February 2022 Voyage of the M/V Pop</u>

Prior to the M/V Pop's departure from Honduras in February 2022, the twenty-three Honduran migrants each had paid up to $20,000 to DCG controlled entities, Allison, Villeda, and/or De La Rosa to be smuggled into the United States. Payments were made in a variety of methods to entities controlled by DCG, Allison, Villeda, and/or De La Rosa, including through international wire transfers and deposits into bank accounts at the BAC controlled by Gutierrez. The price paid depended on whether the migrants arranged for a job to be lined up by DCG upon arrival in the United States, whether they were going to be picked up by family members or friends, or whether they were working as a crew member on the vessels Allison, De La Rosa, and others used for their smuggling operations. The price included fraudulent documents provided by De La Rosa. As part of this scheme, De La Rosa was responsible for obtaining false identities and fraudulent work documentation to be used by the migrants upon their arrival in the United States.

Allison and De La Rosa would usually fly to Honduras and meet the passengers and crew members before the boat left for the United States. De La Rosa did so before the February 2022 trip. The night before the M/V Pop left Honduras in February 2022, De La Rosa met with and provided instructions to the twenty-three migrants who were assembled at a holding house in Utila. De La Rosa then confiscated the mobile phones of the Honduran passengers and wrapped their phones in aluminum foil in an attempt to disable the phones' GPS trackers. This was done to evade

4

AUSA _____
Defendant _____
Defense Counsel _____

detection by law enforcement officers as the boat travelled from Honduras to Louisiana, and also to prohibit communication between the migrants and their families during the journey.

On the February 8, 2022, trip, the M/V Pop carried at least twenty-three migrants from Honduras and at least twenty-four (24) kilograms of cocaine that Allison, De La Rosa, Villeda, MARTINEZ, Lenord Cooper, Hennessy Devon Cooper, Hernandez, Velasquez-Maldonado, and others were bringing into the United States. Allison, De La Rosa, Villeda, MARTINEZ, Lenord Cooper, Hennessy Devon Cooper, Hernandez, Velasquez-Maldonado, and others knew that the M/V Pop was bringing these migrants and cocaine into the United States, and that the Honduran migrants did not have prior official authorization to come to, enter, reside, or work in the United States.   MARTINEZ was the captain of the M/V Pop.

The M/V Pop departed Honduras in December 2021, attempting to bring a number of migrants from Honduras into the United States. Shortly after departure, the vessel had to return to Honduras because of problems with its navigation equipment. Many of those same migrants were on board the M/V Pop when it again attempted to sail to the United States in February 2022.

The February 2022 journey from Honduras to Cocodrie, Louisiana was expected to last about five days, depending on the weather. The M/V Pop left Honduras on or about February 6, 2022 from a pier in Utila. On or about February 12, 2022, the M/V Pop started to experience engine problems because of bad diesel fuel which corroded the vessel engine's fuel injectors and caused excessive fuel burning. MARTINEZ worried that the M/V Pop would not be able to make it to Cocodrie with the fuel that remained. Nevertheless, MARTINEZ decided to continue to the United States rather than turn back to Honduras. De La Rosa and Villeda were already present in Cocodrie to transport the drugs and people on Allison's instructions.

5

AUSA _____
Defendant _____
Defense Counsel _____

That same day, the M/V Pop ran out of fuel. MARTINEZ attempted several times to arrange for a fuel drop from De La Rosa and other members of this conspiracy so that the M/V Pop could complete its journey to Louisiana. MARTINEZ contacted other members of this conspiracy, including Allison, using a satellite phone on board the M/V Pop, and told Allison about the vessel's engine problems. Allison replied via text message on the satellite phone that someone, later identified as Villeda, would bring fuel.

On February 13, 2022, the United States Coast Guard ("USCG") received information that the M/V Pop was adrift in the Gulf of Mexico, approximately ninety-five miles off the coast of Grand Isle, Louisiana. With the engine not working and the boat being battered by a strong storm, the lives of all on board were endangered. Many of the migrants on board became sick because of the storm and feared they would die. On February 14, 2022, the USCG Cutter Tiger Shark departed Grand Isle, Louisiana, to assist the M/V Pop. Later that same day, the USCG Tiger Shark located the M/V Pop and contacted the inoperable vessel. When MARTINEZ spoke with members of the USCG Tiger Shark, he did not disclose that the vessel was carrying at least twenty-three Honduran migrants and approximately 24 kilograms of cocaine that were being brought into the United States.

After the vessel was towed to Jean Lafitte Harbor, federal law enforcement conducted an inventory search of the vessel and discovered approximately twenty-four (24) kilograms of cocaine in a hidden compartment under a mattress in MARTINEZ's sleeping quarters.

Federal law enforcement seized the cocaine. A subsequent drug analysis test conducted by the United States confirmed the substance was cocaine.

6

AUSA
Defendant
Defense Counsel

## De La Rosa and Villeda try to help the M/V Pop reach Cocodrie, Louisiana

After De La Rosa and Villeda arrived in Louisiana, De La Rosa told Villeda that the M/V Pop was stranded in the Gulf of Mexico with aliens on board. De La Rosa then instructed Villeda to help him locate a private charter boat in Cocodrie that would be able to deliver fuel to the M/V Pop. Villeda agreed to assist in this endeavor.

The plan was for Villeda to help bring fuel to the M/V Pop and so that the vessel could complete its journey to the United States. Villeda would then transport the Honduran migrants by van to different places in the United States. De La Rosa was also responsible for recovering the cocaine hidden on the boat.

On February 13, 2022, De La Rosa called the captain of a boat chartering business, in Golden Meadow, Louisiana to arrange for fuel to be delivered to the M/V Pop. On February 14, 2022, De La Rosa paid for the fuel with a DCG American Express Credit Card.

Later that same date, a charter boat picked up Villeda at Coco Marina in Cocodrie, Louisiana. De La Rosa told Villeda to help navigate the charter boat to the M/V Pop. Once the M/V Pop reached Cocodrie, De La Rosa told Villeda to drive the twenty-three Honduran migrants to a stash house in North Carolina and wait for further instructions from De La Rosa.

After loading the fuel for the M/V Pop, the charter boat, with Villeda on board, set off for the M/V Pop. Soon afterwards, the charter boat approached the M/V Pop which was adrift in the Gulf of Mexico. As it did so, the charter boat was interdicted by the USCG. While the USCG was investigating the Charter boat's involvement with the disabled M/V Pop, MARTINEZ organized a meeting with the three other crew members, Lenord Cooper, Rudy Hernandez, and Hennessey Cooper, as well as the twenty-three Honduran migrants on board. MARTINEZ told them all to tell the USCG, that they were coming from Florida, which was a lie.

7

AUSA _____
Defendant _____
Defense Counsel _____

Allison, De La Rosa, Villeda, MARTINEZ, Lenord Cooper, Hennessy Devon Cooper, Hernandez and Velasquez-Maldonado were aware that the M/V Pop was bringing at least twenty-three aliens and at least twenty-four kilograms of cocaine into the United States.

### Stipulation for sentencing purposes

The Government and MARTINEZ stipulate and agree that MARTINEZ should be held accountable for at least fifteen kilograms but less than fifty kilograms of cocaine and the smuggling of no less than twenty-five but no more than ninety-nine aliens into the United States through the defendant's own conduct and the reasonably foreseeable conduct of his co-conspirators.

### Limited Nature of Factual Basis

This proffer of evidence is not intended to constitute a complete statement of all facts, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for MARTINEZ's plea of guilty to the charged offenses.

**READ AND APPROVED:**

J. BENJAMIN MYERS
Assistant United States Attorney

Date 5/18/23

CARTER K.D. GUICE, JR.
Assistant United States Attorney

Date 5-18-23

8

KENNETH L. POLITE, JR.
Assistant Attorney General
Criminal Division

For: _____          5/18/23
RAMI S. BADAWY                             _____
Trial Attorney                            Date
U.S. Department of Justice Criminal Division
Human Rights and Special Prosecutions Section

_____                05/8/23
DARRELL MARTINEZ                           _____
Defendant                                 Date

_____                5·18·23
AUTUMN A. TOWN, ESQ.                       _____
Attorney for Darrell Martinez             Date

_____                5/18/23
GRAHAM L. BOSWORTH, ESQ.                   _____
Attorney for Defendant                    Date