UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-77 |
| | | |
| v. | * | SECTION: "L" |
| | | |
| HENNESY DEVON COOPER ZELAYA, | * | |
| a/k/a "Devon" | * | |
| RUDY JACKSON HERNANDEZ | | |
| | * * * | |

## GOVERNMENT EXHIBIT LIST

| No. | Description |
|---|---|
| | **Summary Exhibits** |
| 1 | Garmin GPS Locations |
| 1.1 | GPS Locations April 2021 |
| 1.2 | GPS Locations May 2021 Northbound |
| 1.3 | GPS Locations May 2021 Southbound |
| 1.4 | GPS Locations July 2021 Northbound |
| 1.5 | GPS Locations July 2021 Southbound |
| 1.6 | GPS Locations August 2021 |
| 1.7 | GPS Locations October 2021 Northbound |
| 1.8 | GPS Locations October 2021 Southbound |
| 1.9 | GPS Locations December 2021 Northbound |
| 1.10 | GPS Locations December 2021 Southbound |
| 1.11 | GPS Locations February 2022 |
| 1.12 | GPS Locations February 2022 (Louisiana) |
| 3 | Airline Records |
| 3.1 | C.A. Travel to Honduras (with Companions) |
| 3.2 | C.A. Travel to Honduras |
| 3.3 | Crew Travel to United States |
| 6.3 | U.S. Coast Guard Radio 2/14/2022 (Audio & Transcript) |
| | **Public/Business Records** |
| 12.1-12.28 | Records of Deportable/ Inadmissible Aliens |
| 14 | M/V Masita III Bill of Sale |

1

| 18 | Cocaine Chain of Custody |
|---|---|
| | **Maps** |
| 22 | Map of Honduras |
| 23 | Map of the Island of Utila |
| 24 | Map of Utila Town Center |
| 25 | Map of Cocodrie, Louisiana |
| | **Expert Reports** |
| 26 | Laboratory Report |
| | **Photographs** |
| 27 | CBP Air and Marine Operations Vessel |
| 28 | U.S.C.G. Cutter Tiger Shark |
| 29 | M/V Down on the Bayou 2/14/2022 |
| 31.1-31.3 | Cafetano Instagram Account Posts |
| 33 | Photographs of Rudy Jackson Hernandez's House |
| 41 | Photographs of M/V Pop Vessel Exterior 2/15/2022 |
| 42 | Photographs of M/V Pop Interior 2/15/2022 |
| 43 | Photographs of M/V Pop Cocaine Recovery 2/15/2022 |
| 44 | Photographs of Cocaine |
| 45.1 45.2 | Photographs of Honduran Aliens on M/V Pop 2/14/2022 |
| 46.1T; 46.2T; 46.4.T | Photographs of Honduran National Identity Cards Recovered from M/V Pop 2/15/22 |
| | **Cellphone Extractions** |
| 47.1 | Device Information |
| 47.2 | DCG Hondo Letter 7/26/2021 |
| 47.3 | Rudy Jackson Hernandez Selfies |
| 47.4 | Screenshot of Texts 11/3/2021 |
| 47.7 | Crew Group Chat 1/15/2022 |
| 47.9 | Rudy Selfie on M/V Pop 2/12/2022 |
| 48.1 | Device Information |
| 50.1 | Photograph of Julio 7/21/2021 |
| 50.2 | Photograph of Jorge 7/21/2021 |
| 50.4 | Photograph of Money 8/19/2021 |
| 50.5 | Photograph of Cafetano Migrants in van |
| 50.6 | Photograph of Cafetano Migrants and Omar at Waffle House |

| 50.7 | Photograph of Cafetano Migrants and Omar at Primanti's |
|---|---|
| 50. 9 | Photographs of Migrants |
| 50.11 | Messages with Carl Allison 12/17/2021 |
| 51.1 | Photograph of M/V Masita III and M/V Pop |
| 51.2 | Photograph of M/V Masita III and M/V Pop |
| 51.3 | Texts with Jake Thomas |
| 51.4 | Selected Contacts |
| 51.5 | Text to Darrel Martinez 3/27/2021 |
| 51.6 | Email to Darrel Martinez 7/26/2021 |
| 51.7 | Photograph of Migrants on Utila |
| 51.8 | Texts with Juan Carlos Gutierrez 6/3/2021 |
| 51.9 | Texts with Juan Carlos Gutierrez 6/9/2021 |
| 51.10 | Texts with Juan Carlos Gutierrez 6/26/2021 |
| 51.11 | Texts with Juan Carlos Gutierrez 6/29/2021 |
| 51.12 | Texts with Juan Carlos Gutierrez 9/22/2021 |
| 51.13 | Texts with Juan Carlos Gutierrez 11/3/2021 |
| 51.15 | Texts with Juan Carlos Gutierrez 2/2/2022 |
| 51.17 | Photograph of Diablo Blanco Fake IDs |
| 51.18 | Video of M/V Pop 8/28/2024 |
| | **Physical evidence** |
| 52 | Satellite Phone |
| 52.2 | Satellite Phone: Carl Allison 4/17/2021 |
| 52.3 | Satellite Phone: Carl Allison 4/21/2021 |
| 52.4 | Satellite Phone: Carl Allison 5/1/2021 |
| 52.5 | Satellite Phone: Lance Vroon 5/3/2021 |
| 52.6 | Satellite Phone: Lance Vroon 5/5/2021 |
| 52.8 | Satellite Phone: Carl Allison 5/6/2021 |
| 52.10 | Satellite Phone: Carl Allison 5/11/2021 |
| 52.11 | Satellite Phone: Carl Allison 5/15/2021 |
| 52.12 | Satellite Phone: Carl Allison 7/11-13/2021 |
| 52.13 | Satellite Phone: Lance Vroon 7/13/2021 |
| 52.14 | Satellite Phone: Carl Allison 7/14/2021 |
| 52.15 | Satellite Phone: Carl Allison 7/19/2021 |
| 52.16 | Satellite Phone: Carl Allison 7/22/2021 |
| 52.17 | Satellite Phone: Carl Allison 7/23/2021 |
| 52.18 | Satellite Phone: Carl Allison 7/24/2021 |
| 52.19 | Satellite Phone: Carl Allison 8/8/2021 |
| 52.20 | Satellite Phone: Carl Allison 8/11/2021 |
| 52.21 | Satellite Phone: Carl Allison 8/22/2021 |

| 52.22 | Satellite Phone: Carl Allison 10/12/2021 |
|-------|-------------------------------------------|
| 52.23 | Satellite Phone: Lance Vroon 10/12/2021 |
| 52.25 | Satellite Phone: Carl Allison 10/15-17/2021 |
| 52.26 | Satellite Phone: Carl Allison 10/22/2021 |
| 52.27 | Satellite Phone: Carl Allison 12/10-11/2021 |
| 52.28 | Satellite Phone: Demy 12/11/2021 |
| 52.29 | Satellite Phone: Carl Allison 12/13/2021 |
| 52.30 | Satellite Phone: Carl Allison February 2022 |
| 52.32 | Satellite Phone: Lance Vroon 2/10/2021 |
| 52.33 | Satellite Phone: Demy 2/12/2021 |
| 53.1 | 10 Kilograms of Cocaine |
| 53.2 | One Bag of 24 Samples of Cocaine |
| 54.1 | Photographs of Fake IDs and Rapid Card Provided to Jorge by Lindomar de la Rosa |
| 55 | Rudy Jackson Hernandez's iPhone XR |
| 56 | Devon Cooper Zelaya's Samsung Galaxy S10 |
| | **Miscellaneous** |
| 62 | Video on M/V Pop Vessel 8/27/2021 |
| 63 63.1; 63.2; 63.3; 63.4; 63.5 | Deposition of Lenord Cooper (Video) |
| 65 | Stipulations |
| 66 | Darrell Martinez Plea Agreement |
| 68 | Carl Allison Plea Agreement |
| 69 | Carl Allison Factual Basis |